United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                               Case No. 21-01563-JAW
Billy Fred Davis, Jr.                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                User: mssbad                                         Page 1 of 3
Date Rcvd: Oct 15, 2025                          Form ID: ntcdsm                                   Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol     Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Billy Fred Davis, Jr., 1955 Boyd Rd, Utica, MS 39175-8919 |
| 5033138 | + | Allison L Davis, 103 Ridge Rd, Brandon, MS 39042-2020 |
| 5033139 | + | Asthma Alergy Clinic, 1513 Lakeland Dr, Suite 101, Jackson, MS 39216-4829 |
| 5033145 | + | Convergence Receivable, 222 3rd St SE, Cedar Rapids, IA 52401-1514 |
| 5033148 | + | Dynamic Recovery Servi, 4101 McEwen Rd, Ste 150, Dallas, TX 75244-5109 |
| 5033331 | + | Jennifer Ann Curry Calvillo, The Rollins Law Firm, PLLC, on behalf of the Debtor, 702 West Pine St., Hattiesburg, MS 39401-3836 |
| 5033153 | | Lakeland Radiologists, PO Box 23073, Jackson, MS 39225-3073 |
| 5033157 | + | Nissan of North Americ, PO Box 685001, Franklin, TN 37068-5001 |
| 5033160 | + | Rankin Childrens Group, 1405 Crossgates Dr, W, Brandon, MS 39042-2233 |
| 5033161 | + | River Oaks, PO Box 17235, Memphis, TN 38187-0235 |
| 5033162 | + | Winn Brown Law Firm, PO Box 249, Southaven, MS 38671-0003 |
| 5033163 | | Womack's, 363 Government St, Fallston, NC 28042 |
| 5054189 | #+ | Womack's Auto Sales, 363 West Government Street, Brandon, MS 39042-3145 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 15 2025 20:13:00 | Bank of America, N.A., c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076, UNITED STATES 30076-2102 |
| cr | + | Email/Text: bkinfo@ccfi.com | Oct 15 2025 20:13:00 | Speedy/Rapid Cash, Speedy/Rapid Cash, P.O. Box 782260, Wichita, KS 67278-2260 |
| 5033140 | | EDI: ATTWIREBK.COM | Oct 16 2025 00:08:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5055235 | + | EDI: ATTWIREBK.COM | Oct 16 2025 00:08:00 | AT&T Corp., %AT&T Services, Inc., Karen A Cavagnaro - Lead Paralegal, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 5033137 | + | Email/Text: EBNProcessing@afni.com | Oct 15 2025 20:13:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 5033141 | + | EDI: BANKAMER | Oct 16 2025 00:08:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5033142 | + | Email/Text: znotice@bankplus.net | Oct 15 2025 20:14:00 | BankPlus, 1068 Highland Colony Parkway Suite 200, Ridgeland, MS 39157-8807 |
| 5033143 | ^ | MEBN | Oct 15 2025 20:08:42 | Baptist Hospital, PO Box 23090, Jackson, MS 39225-3090 |
| 5041301 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 15 2025 20:13:00 | CAPITAL EMERGENCY PHYSICIANS, c/o Wakefield & Associates, Inc., PO Box 51272, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: ntcdsm | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Knoxville, TN 37950-1272 |
| 5033144 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Oct 15 2025 20:13:00 | CenterPoint Energy, P.O. Box 1700, Houston, TX 77251 |
| 5041261 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 15 2025 20:13:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD STE 3000, SOUTHFIELD , MI 48034-8331 |
| 5033146 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 15 2025 20:13:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 5033147 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2025 20:17:25 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5033149 | ^ | MEBN | Oct 15 2025 20:07:49 | Dynamic Recovery Solut, PO Box 25759, Greenville, SC 29616-0759 |
| 5033150 | | Email/Text: credit7@entergy.com | Oct 15 2025 20:13:00 | Entergy, PO Box 8105, Baton Rouge, LA 70891-8105 |
| 5033151 | + | Email/Text: FSBank@franklinservice.com | Oct 15 2025 20:13:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5033152 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Oct 15 2025 20:14:00 | Hattiesburg Clini, PO Box 22506, Jackson, MS 39225-2506 |
| 5502754 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 15 2025 20:13:00 | Karen A. Maxcy, Esq., McCalla Raymer Leibert Pierce LLP, For Bank of America N.A., 1544 Old Alabama Rd, Roswell GA 30076-2102 |
| 5040695 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2025 20:17:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5033154 | | Email/Text: cdavenport@lawmemphis.com | Oct 15 2025 20:13:00 | Mendelson Law Firm, PO Box 17235, Memphis, TN 38187 |
| 5033156 | | EDI: MSDOR | Oct 16 2025 00:08:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |
| 5033155 | + | Email/Text: bankruptcy@moneykey.com | Oct 15 2025 20:13:00 | Money Key, 3422 Old Capitol Trail, Ste 1613, Wilmington, DE 19808-6124 |
| 5041158 | ^ | MEBN | Oct 15 2025 20:08:32 | Natalie Brown, Esq., Rubin Lublin, LLC, for Bank of America, N.A., 428 North Lamar Blvd, Suite 107, Oxford, MS 38655-3221 |
| 5033158 | + | Email/Text: ABENTLEY@OKINUS.COM | Oct 15 2025 20:13:00 | Okinus, 147 W. Railroad St. S, Pelham, GA 31779-1631 |
| 5033159 | + | EDI: AGFINANCE.COM | Oct 16 2025 00:08:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5043665 | | EDI: AGFINANCE.COM | Oct 16 2025 00:08:00 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5054241 | + | Email/Text: bkinfo@ccfi.com | Oct 15 2025 20:13:00 | Speedy/Rapid Cash, PO Box 782260, Wichita, KS 67278-2260 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2025 | Form ID: ntcdsm | Total Noticed: 40 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jennifer A Curry Calvillo | on behalf of Debtor Billy Fred Davis Jr. jennifer@therollinsfirm.com, jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Karen A. Maxcy | on behalf of Creditor Bank of America N.A. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Natalie Kareda Brown | on behalf of Creditor BANK OF AMERICA N.A. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Billy Fred Davis Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 21−01563−JAW
Chapter: 13

In re:
    Billy Fred Davis Jr.
    aka Billy Davis
    1955 Boyd Rd
    Utica, MS 39175

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−8272

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on October 15, 2025.

Dated: 10/15/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600